1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  GALEN A. PHILLIPS (CABN 307644)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7110
7    Galen.Phillips@usdoj.gov

8  Attorneys for United States of America

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,         )   NO. CR 25-00146 SI
                                      )
14         Plaintiff,                 )   STIPULATION TO EXCLUDE TIME FROM JUNE
                                      )   27, 2025, TO AUGUST 1, 2025 AND [PROPOSED]
       v.                             )   ORDER
15                                    )
   JOHNNY JAMESON,                    )
16                                    )
           Defendant.                 )
17                                    )

18

19         It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant JOHNNY JAMESON, that time be excluded under the Speedy Trial Act from June 27, 2025,

21  through August 1, 2025.

22         At the status conference held on June 27, 2025, the government and counsel for the defendant

23  agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

24  prepare, including by reviewing the discovery already produced.  For this reason and as further stated on

25  the record at the status conference, the parties stipulate and agree that excluding time until August 1,

26  2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

27  parties further stipulate and agree that the ends of justice served by excluding the time from June 27,

28  2025, through August 1, 2025, from computation under the Speedy Trial Act outweigh the best interests

1  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2      The undersigned Assistant United States Attorney certifies that he has obtained approval from
3  counsel for the defendant to file this stipulation and proposed order.

5      IT IS SO STIPULATED.

6  DATED: June 27, 2025                   /s/
                                      GALEN A. PHILLIPS
7                                        Assistant United States Attorney

8  DATED: June 27, 2025                   /s/
9                                        KARTHIK RAJU
                                      Counsel for Defendant Johnny Jameson

11                        **[PROPOSED] ORDER**

12      Based upon the facts set forth in the stipulation of the parties and the representations made to the
13  Court on June 27, 2025 and for good cause shown, the Court finds that failing to exclude the time from
14  June 27, 2025, through August 1, 2025 would unreasonably deny defense counsel and the defendant the
15  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
16  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
17  time from June 27, 2025, through August 1, 2025, from computation under the Speedy Trial Act
18  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the
19  consent of the parties, IT IS HEREBY ORDERED that the time from June 27, 2025, through August 1,
20  2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A),
21  (B)(iv).

22      IT IS SO ORDERED.

24  DATED: 6/27/2025

                                        HON. SUSAN ILLSTON
25                                        United States Senior District Judge