UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 27, 2025  **Time:** 11:11 AM – 11:13 AM  **Judge:** SUSAN ILLSTON

**Case No.**: 25-cr-00146-SI-1  **Case Name:** UNITED STATES v. Johnny Jameson

**Attorney for Plaintiff:** Galen Phillips
**Attorney for Defendant:** Karthik Raju
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Robert McNamee          **Reported by:** Kendra Steppler
**Interpreter:** N/A                      **Probation Officer:** N/A

### PROCEEDINGS

Status Conference – Held

### RESULT OF HEARING

The Government has produced approximately 80-95 GBs of pre-trial discovery. Counsel request a further status conference on 8/1/2025 to review the discovery.

**CASE CONTINUED TO: August 1, 2025 at 11:00 AM for Status Conference.**

**EXCLUDABLE DELAY: The Government to prepare a time exclusion order.**
Category:   Effective preparation of counsel
Begins:   6/27/2025
Ends:   8/1/2025