JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant JAMESON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHNNY JAMESON<br><br>     Defendant. | Case No.: CR 25-146 SI<br><br><br>STIPULATION TO CONTINUE STATUS AND [PROPOSED] ORDER<br><br><br>HON. SUSAN ILLSTON<br>SENIOR UNITED STATES DISTRICT JUDGE |

      IT IS HEREBY STIPULATED by the parties to this action that the status hearing currently set for August 1, 2025, be continued to September 19, 2025. The defense continues to review discovery and the parties are discussing possible resolution.

      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 1, 2025 through September 19, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 1, 2025 through September 19, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, the time from August 1, 2025 through September 19, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: July 25, 2025                                    /S/

                                                        _____
                                                        KARTHIK RAJU
                                                        Assistant Federal Public Defender

DATED: July 25, 2025                                    /S/

                                                        _____
                                                        GALEN PHILLIPS
                                                        Assistant United States Attorney

## ORDER

     IT IS HEREBY ORDERED that the change of plea hearing or trial setting currently set for August 1, 2025, be vacated, and reset to September 19, 2025. Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 1, 2025 through September 19, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 1, 2025 through September 19, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 1, 2025 through September 19, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

     IT IS SO ORDERED.

DATED: July 25, 2025                          _____
                                              HON. SUSAN ILLSTON
                                              SENIOR UNITED STATES DISTRICT JUDGE