**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on July 31, 2026

Before Judge SUSAN ILLSTON

25-cr-00146-SI-1 – UNITED STATES v. JOHNNY JAMESON

Time in court: 41 minutes

Attorney for United States: Galen Phillips
Attorney for Defendant: Karthik Raju

Courtroom Deputy Clerk: Esther Chung
Court Reporter: Kendra Steppler
Probation Officer: Ashley Polk

Defendant was present for hearing
Defendant is in custody

**PROCEEDINGS**

Sentencing held.

Defendant is committed to the Bureau of Prisons for a term of 27 months on Counts 1 and 2 to be served concurrently followed by 3 years of supervised release on Counts 1 and 2 to be served concurrently.
A special assessment fee of $200 is imposed. Fine waived.
See Judgment for special conditions.

The defendant's interest in the following property shall be forfeited to the United States: 1) Four 9mm casings recovered on the 300 block of Selby Street in San Francisco; 2) One magazine, opaque and black in color, containing three 9mm rounds recovered from the Honda; and 3) Three boxes of ammunition, including 40 rounds of Blazer 9mm ammunition and 50 rounds of Hornady 9mm ammunition recovered from the Honda.

The Court recommends to the Bureau of Prisons that Defendant be designated to a facility as close to the Bay Area as possible to facilitate family visitation.

Defendant is remanded to the custody of the U.S. Marshals.